UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRITISH JAMES**  **CIVIL ACTION**

**VERSUS**  **NO. 22-725**

**CHAD LEE, et al.**  **SECTION: "T"(1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by British James is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  8th  day of      August     , 2022.

_____
**UNITED STATES DISTRICT JUDGE**